JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3697
   FAX: (510) 637-3724

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OLIVER PACE, ET AL., ) | No. C 09-5060-CW |
| Plaintiffs, ) | |
| v. ) | **STIPULATION TO EXTEND DATES;** |
| ) | **AND [PROPOSED] ORDER** |
| UNITED STATES DEPARTMENT OF STATE, ET AL., ) | |
| Defendants ) | |

   Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the deadlines set forth in the Procedural Order for Immigration Mandamus Cases in light of the following:

   1. Plaintiffs filed their Complaint in the above-entitled action on October 23, 2009, seeking an Order compelling Defendants to complete processing of approved I-730 petitions filed by Oliver Pace on behalf of his family members.

   2. Pursuant to the Procedural Order for Immigration Mandamus Cases, Defendants' Answer is due on December 25, 2009, and Plaintiff's Motion for Summary Judgment is due thirty days thereafter.

   3. In light of the fact that the I-730 beneficiaries were recently interviewed by the government on their request for travel documents to travel to the United States, it appears that this case may

soon be moot.

4. Accordingly, the parties stipulate to extend the deadline for Defendants' Answer and for the Plaintiff's Motion for Summary Judgment by thirty days. If this case does not become moot, the Defendants will file and serve their Answer no later than January 22, 2010, and Plaintiffs will file and serve their Motion for Summary Judgment no later than February 12, 2010.

Dated: December 22, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: December 22, 2009

/s/
RUBY LIEBERMAN
Attorney for Plaintiffs

### [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that Defendants must file and serve their Answer on or before January 22, 2010, and Plaintiffs will file their Motion for Summary Judgment no later than February 12, 2010.

Date: 12/31/09

CLAUDIA WILKEN
United States District Judge

STIPULATION TO EXTEND DATES AND PROPOSED ORDER
C 09-5060 CW                                    2