1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
      1301 Clay Street, Suite 340S
5     Oakland, California 94612
      Telephone: (510) 637-3697
6     FAX: (510) 637-3724

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
   OLIVER PACE, ET AL.,                )
12                                     )  No. C 09-5060-CW
                  Plaintiffs,          )
13                                     )
             v.                        )  **STIPULATION TO EXTEND ANSWER**
14                                     )  **DEADLINE; AND ORDER**
   UNITED STATES DEPARTMENT OF STATE,  )
15 ET AL.,                             )
                                       )
16                Defendants           )
                                       )
17

18     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

19  attorneys of record, hereby stipulate, subject to approval of the Court, to extend the deadline for the

20  filing of an Answer by one week in light of the following:

21     1. Plaintiffs filed their Complaint in the above-entitled action on October 23, 2009, seeking an

22  Order compelling Defendants to complete processing of approved I-730 petitions filed by Oliver

23  Pace on behalf of his family members.

24     2. Pursuant to the Procedural Order for Immigration Mandamus Cases, Defendants' Answer

25  was due on December 25, 2009, and Plaintiff's Motion for Summary Judgment was due thirty days

26  thereafter.

27     3. On December 23, 2009, in light of the fact that the I-730 beneficiaries were recently

28  interviewed by the government on their request for travel documents to travel to the United States,

STIPULATION TO EXTEND ANSWER DEADLINE
C 09-5060 CW                              1

the parties stipulated to extend the deadline for Defendants' Answer and for the Plaintiff's Motion for Summary Judgment by thirty days.  In their stipulation, the parties agreed that if the case did not become moot, Defendants would file and serve their Answer no later than January 22, 2010, and Plaintiffs would file and serve their Motion for Summary Judgment no later than February 12, 2010.

    4. This Court granted the parties' stipulation on December 31, 2009.

    5. Since the filing of the parties' stipulation, the I-730 beneficiaries have received their travel documents and are scheduled to arrive in the United States on January 22, 2010.

    6. Defendants believe the case is now moot and Plaintiffs disagree.  However, in light of the fact that, in any event, Plaintiffs agree that this case will be moot if and when the I-730 beneficiaries arrive in the United States as expected on January 22, 2010, the parties stipulate to a one-week extension of Defendants' answer deadline.  Defendants will file their answer on or before January 29, 2010.

Dated: January 12, 2010                                  Respectfully submitted,

                                                             JOSEPH P. RUSSONIELLO
United States Attorney

                                                            /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: January 12, 2010                                  /s/
RUBY LIEBERMAN
Attorney for Plaintiffs

//

//

//

//

//

//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that Defendants must file and serve their Answer on or before January 29, 2010.

Date: 1/19/10

_____
CLAUDIA WILKEN
United States District Judge