JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3697
  FAX: (510) 637-3724
  edward.olsen@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OLIVER PACE, ET AL., | No. C 09-5060-CW |
| Plaintiffs, | |
| v. | **STIPULATION TO DISMISS; AND ORDER** |
| UNITED STATES DEPARTMENT OF STATE, ET AL., | |
| Defendants | |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the fact that Defendants have completed the processing of the approved I-730 petitions and the I-730 beneficiaries have arrived in the United States.

    Each of the parties shall bear their own costs and fees.

//

//

//

//

//

STIPULATION TO DISMISS
C 09-5060 CW                                1

| | | |
|---|---|---|
| Dated: January 25, 2010 | | Respectfully submitted, |
| | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: January 25, 2010 | | /s/<br>RUBY LIEBERMAN<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED.

Date: 2/1/10

_____
CLAUDIA WILKEN
United States District Judge