1   JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
3   EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
4
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
        Telephone: (510) 637-3697
6       FAX: (510) 637-3724
        edward.olsen@usdoj.gov
7
    Attorneys for Defendants
8
9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 OAKLAND DIVISION

12  OLIVER PACE, ET AL.,                    )
                                            )   No. C 09-5060-CW
13              Plaintiffs,                  )
                                            )
14          v.                              )   **STIPULATION TO DISMISS; AND**
                                            )   **ORDER**
15  UNITED STATES DEPARTMENT OF STATE,      )
    ET AL.,                                 )
16                                          )
                Defendants                  )
17  _____)

18
19      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

20  attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-

21  entitled action in light of the fact that Defendants have completed the processing of the approved I-

22  730 petitions and the I-730 beneficiaries have arrived in the United States.

23      Each of the parties shall bear their own costs and fees.

    //
24  //
25  //
26  //
27  //
28

    STIPULATION TO DISMISS
    C 09-5060 CW                    1

1   Dated: January 25, 2010                    Respectfully submitted,

2                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
3

4                                                   /s/
                                               EDWARD A. OLSEN
5                                              Assistant United States Attorney
                                               Attorneys for Defendants
6

7

8   Dated: January 25, 2010                         /s/
                                               RUBY LIEBERMAN
9                                              Attorney for Plaintiffs

10

11                                 **ORDER**

12       Pursuant to the parties' stipulation, IT IS ORDERED.

13

14   Date:   2/1/10          _____

15                                              CLAUDIA WILKEN
                                                United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS
C 09-5060 CW                        2